**SEALED** 

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | Criminal Action No. 21-71-UNA |
| v. | : | |
| | : | |
| AKIL JOHNSON, | : | |
| | : | |
| Defendant. | : | |

**REDACTED**

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about May 5, 2021, in the District of Delaware, the defendant, AKIL JOHNSON, knowing that he had been convicted in the Superior Court of the State of Delaware of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting interstate or foreign commerce a firearm, that is, a black Glock model 27, .40 caliber semiautomatic handgun bearing Serial Number DAH779US, loaded with twelve rounds of .40 caliber ammunition, and a black and silver Bersa model Thunder .22 caliber handgun with Serial Number D44104, loaded with four rounds of .22 caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(2).

FILED

OCT 26 2021

U.S. DISTRICT COURT DISTRICT OF DELAWARE

1

## NOTICE OF FORFEITURE FOR COUNT ONE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, AKIL JOHNSON, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and FED. R. CRIM. PRO. 32.2(a), all firearms and ammunition involved in the commission of the offense, including but not limited to: a black Glock model 27, .40 caliber semiautomatic firearm bearing Serial Number DAH779US, loaded with twelve rounds of .40 caliber ammunition, and a black and silver Bersa model Thunder .22 caliber handgun with Serial Number D44104, loaded with four rounds of .22 caliber ammunition..

A TRUE BILL

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Jennifer K. Welsh
Assistant United States Attorney

Date: October 26, 2021